IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01163-RPM

PENSION BENEFIT GUARANTY CORPORATION,

     Plaintiff,

v.

ENDODONTIC SPECIALISTS OF COLORADO, P.C.

     Defendant and Third-Party Plaintiff,

v.

TPA SERVICES, INC.,

     Third-Party Defendant.

_____

ORDER DEFERRING RULING ON MOTION TO SEVER
_____

     The plaintiff filed a motion to sever or try separately Endodontic's third-party claims against TPA Services, Inc., [16].  The defendant filed its opposition and the plaintiff has replied.  The question of severance is a matter which also affects the interests of the third-party defendant who has not yet appeared.  Accordingly, it is

     ORDERED that a ruling on the subject motion is deferred until the third-party defendant has appeared and has been given an opportunity to state its position.

     DATED:   August 8th, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge