IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01163-RPM

PENSION BENEFIT GUARANTY CORPORATION,

    Plaintiff,

v.

ENDODONTIC SPECIALISTS OF COLORADO, P.C.

    Defendant.

_____

ORDER MODIFYING RULE 16 PROCEDURE
_____

Because this is an action brought to enforce the provisions of Title IV of ERISA and to enforce a final agency determination that violations of Title IV have occurred with respect to the Endodontic Specialists of Colorado, P.C. Defined Benefit Pension Plan, no scheduling conference under Fed.R.Civ.P. 16(b) and D.C.COLO.LCivR16.1 is necessary.  As an alternative, it is

ORDERED:

That on or before October 22, 2014 , counsel for the parties shall file a joint statement addressing the following matters:

    1.    Whether the papers already on file provide sufficient information to decide the issues.

    2.    Whether any discovery is necessary.

    3.    Submit a briefing schedule.

If there is disagreement on any of these matters, the Court will set a conference to resolve the disputes.

DATED: September 22nd, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge